IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF TENNESSEE
                              EASTERN DIVISION

_____

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
VS.                                 )        CR. NO. 1:17-10046-JDB
                                    )
BRANDON MARTEZ LOVE,                )
                                    )
        Defendant.                  )
_____

                          ORDER ON CHANGE OF PLEA
                            AND NOTICE OF SETTING
_____


   This cause came to be heard on August 2, 2017, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Brandon Martez Love, appearing in person, and with counsel, Lee Sparks.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

   A basis in fact having been established, the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **WEDNESDAY, NOVEMBER 1, 2017 at 9:30 A.M., before Judge J. Daniel Breen.**

   Defendant is remanded to the custody of the United States Marshals.

   **ENTERED** this the 2nd day of August 2, 2017.


                                        s/ J. DANIEL BREEN
                                        U. S. DISTRICT COURT JUDGE